UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER LIEBLING,                  CASE NO. 8:08-cv-181-T-30MSS

    Plaintiff,

vs.

CONTINENTAL AIRLINES, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Plaintiff, HEATHER LIEBLING, and Defendant, CONTINENTAL AIRLINES, INC.'S Stipulation for Final Order of Dismissal with Prejudice of all of Plaintiff's claims against Defendant in the above-styled cause.

THE COURT has considered the Stipulation, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff, HEATHER LIEBLING'S First Amended Complaint against CONTINENTAL AIRLINES, INC. be, and the same is, hereby DISMISSED with prejudice, with each party to bear its respective attorney's fees and costs, and in accordance with the terms contained in said Stipulation, which are hereby APPROVED and made a part of this order.

CASE NO. 8:08-cv-181-T-30MSS

DONE AND ORDERED in Chambers, at Tampa, Florida, this 28 day of Aug., 2008.

_____
U.S. District Judge James S. Moody, Jr.

Copies furnished to:

Emmet J. Schwartzman, Esq.
Donald C. Anderson, Esq.
Arthur Liebling, Esq.